In the Matter of TODD CHANEY, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [833 NYS2d 422]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered November 20, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON YARBOROUGH, Appellant. (Appeal No. 1.) [833 NYS2d 421]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered September 16, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON YARBOROUGH, Appellant. (Appeal No. 2.) [833 NYS2d 421]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered September 16, 2005. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Lunn and Peradotto, JJ.